**UNITED STATES of America, Appellant, v. Frank G. CARLSON, Appellee.**

No. 8381.

Circuit Court of Appeals, Ninth Circuit.

Nov. 16, 1936.

John B. Tansil, U. S. Atty., and Francis J. McGan, Atty., Department of Justice, both of Butte, Mont.

John W. Mahan, of Helena, Mont., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly; mandate forthwith.

**UNITED STATES of America, Appellant, v. Melvin CASWELL, Appellee.**

No. 7612.

Circuit Court of Appeals, Sixth Circuit.

Jan. 14, 1937.

John C. Lehr, U. S. Atty., of Monroe, Mich.

Victor C. Anderson, of Lansing, Mich., and George F. Anderson, of Kansas City, Mo., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause coming on for hearing upon the certificate of the deputy clerk of the United States District Court for the Eastern District of Michigan, Northern Division, Bay City, Mich., and a stipulation entered into by counsel for the respective parties in the above-entitled cause, and the court being fully advised in the premises,

It is ordered and adjudged that the instant case be docketed and dismissed without costs to either party.

**The UNITED STATES of America v. CHICAGO TITLE & TRUST COMPANY.**

No. 6032.

Circuit Court of Appeals, Seventh Circuit.

Sept. 21, 1936.

PER CURIAM.

On motion of counsel for appellant, it is now here ordered and adjudged that this cause be docketed in this court, and that this appeal be, and the same is hereby, dismissed.

**UNITED STATES of America, Appellant, v. Mary Flint HARRIS, Administratrix of Estate of Burrell Harris, Deceased, and Sye Harris, Administrator of Estate of Anna Harris, Deceased, Appellees.**

No. 7130.

Circuit Court of Appeals, Sixth Circuit.

Jan. 12, 1937.

William McClanahan, U. S. Atty., of Memphis, Tenn.

Bailey Walsh, of Memphis, Tenn., for appellee.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

The court being of opinion that the evidence in this cause was not sufficient to submit to the jury the question as to whether the deceased veteran, Harris, became totally and permanently disabled during the life of the policy sued on,

It is ordered that the judgment be reversed and the cause remanded for a new trial.